On órder dated October 19, allowing withdrawal of court-appointed counsel and submitting case, affirmed December 12, 1990

STATE OF OREGON,
*Respondent,*

*v.*

LEN ANTHONY THOMPSON,
*Appellant.*

(C88-12-38206; CA A60935)

801 P2d 907

Before Joseph, Chief Judge, and Buttler and Warren, Judges.

PER CURIAM

## PER CURIAM

Having made an independent review of the record consequent to appointed counsel's having been permitted to withdraw, we conclude that there was no arguable error committed by the trial court.

Affirmed.